Div check outstndg over 90 days

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

Claude C. Lightfoot, Jr.
424 Gravier Street
New Orleans, LA 70130

CHECK NUMBER
**104**

DATE: 12/10/07
AMOUNT: *******2,768.01

1893898

PAY TO THE ORDER OF
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Room B-601
New Orleans, LA 70130

CASE NUMBER: 03-19495 "A"
ESTATE OF Debtor: Burns, Debra Ann

Two Thousand Seven Hundred Sixty Eight Dollars And 01/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000104⑈ ⑆111000012⑆ 4428978396⑈

---

| Date: 12/10/07 | Check Number: 104 | Amount: 2,768.01 |

Trustee: Claude C. Lightfoot, Jr.
424 Gravier Street
New Orleans, LA 70130

*Funds due: Maurice F. Clark, Jr.*

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 223202    - KW
* * C O P Y * *
December 12, 2007
15:23:22

TREASURY REGFUND
03-19495
Debtor.: DEBRA ANN BURNS
Trustee: Claude Lightfoot, Jr.
Amount.:          $2,768.01 CH
Check#.: 104

Total-> $2,768.01

FROM: LIGHTFOOT